**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1844**

LATASHA LORRAINE ASKINS,

                Plaintiff – Appellant,

        v.

STARTING POINT; HEATHER QUENAULT; MARIA ROUNDTREE; LARRY
WISEBURN,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:12-cv-03547-RBH)

Submitted:  October 16, 2014        Decided:  October 20, 2014

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Latasha Lorraine Askins, Appellant Pro Se. Arthur Edward
Justice, Jr., Joseph Jakob Kennedy, TURNER PADGET GRAHAM &
LANEY, PA, Florence, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Latasha Lorraine Askins appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of the Appellees on Askins' complaint alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Askins v. Starting Point, No. 4:12-cv-03547-RBH (D.S.C. Aug. 14, 2014). We also deny Askins' motion to assign counsel.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED